IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARIA VALENCIA-TORRES, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, LLC and GOOGLE PAYMENT CORP.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:20-cv-01651-RDP<br>)<br>)<br>)<br>)<br>)<br>) |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.1(b), the undersigned respectfully submits this application to appear *pro hac vice* as additional counsel for the Defendants, Google, LLC, and Google Payment Corp. In support of this application, and under penalty of perjury, the undersigned states as follows:

My residence address is:

429 20th Street
Manhattan Beach, CA 90266

My office address, telephone number and email address are:

BAKER & McKENZIE LLP
10250 Constellation Blvd, Suite 1850
Los Angeles, CA 90067
Tel No. (310) 201-4725
Email: teresa.michaud@bakermckenzie.com

1

I have been admitted to practice before the following courts:

| Jurisdiction | Period of Admission |
|---|---|
| 1. State of California | 05/19/2014 to present |
| 2. U.S. District Court - Northern District of CA | 05/30/2014 to present |
| 3. U.S. District Court - Central District of CA | 07/21/204 to present |
| 4. U.S. District Court - Southern District of CA | 10/28/2014 to present |
| 5. State of Texas | 11/02/2007 to present |
| 6. U.S. District Court - Eastern District of Texas | 07/16/2009 to present |
| 7. U.S. District Court - Northern District of Texas | 07/31/2009 to present |
| 8. U.S. District Court - Western District of Texas | 09/22/2009 to present |
| 9. U.S. District Court -Southern District of Texas | 08/13/2010 to present |
| 10. U.S. District Court - Northern District of Illinois | 10/07/2010 to present |
| 11. U.S. District Court - District of Colorado | 03/01/2013 to present |
| 12. State of New York | 08/21/2013 to present |
| 13. New York Court of Appeals - Third Appellate District | 08/21/2013 to present |
| 14. U.S. Court of Appeals - Ninth Circuit | 01/08/2019 to present |
| 15. U.S. Court of Appeals - Tenth Circuit | 06/27/2016 to present |
| 16. England & Wales - United Kingdom | 10/01/2013 to present |

I am in good standing and eligible to practice in all courts listed above.

I certify I have read and understand the following:

(a) any local rules applicable in this District;
(b) Alabama State Bar Code of Professional Courtesy and Lawyer's Creed

I have designated the following local counsel, who already has appeared as counsel for Defendants in this case:

James P. Pewitt
JAMES P. PEWITT, LLC
Two North Twentieth
2 20th Street North, Suite 925
Birmingham, Alabama 35203
Office: (205) 874-6686
Cell: (205) 612-1140
jim@jamespewitt.com

Dated: February 18, 2021.

/s/   Teresa H. Michaud

Teresa H. Michaud
BAKER & MCKENZIE LLP
10250 Constellation Blvd, Suite 1850
Los Angeles, California 90067
Office: (310) 201-4725
Email: teresa.michaud@bakermckenzie.com

## CERTIFICATE OF SERVICE

I certify to filing on this date the foregoing **Application for Admission *Pro Hac Vice*** with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all counsel of record.

This 18th day of February 2021.

/s/ Teresa H. Michaud

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES

888-800-3400    AttorneyRegulation@calbar.ca.gov

## CERTIFICATE OF STANDING

December 14, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, TERESA LAUREN HARROLD MICHAUD, #296329 was admitted to the practice of law in this state by the Supreme Court of California on May 19, 2014 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Records