IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARIA VALENCIA-TORRES, on behalf of herself and all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>GOOGLE, LLC and GOOGLE PAYMENT CORP., )<br><br>Defendants. ) | CASE NO. 2:20-cv-01651-RDP |

## SUPPLEMENT TO MOTION TO LIFT STAY

Defendants, Google, LLC, and Google Payment Corp. (collectively, "Google"), supplement their Motion to Lift Stay (Doc. 23) by submitting the attached notices of voluntary dismissal filed by the plaintiffs in *Smith v. Google, LLC*, No. 2:20-cv-00194-TBM-MTP (S.D. Miss. Apr. 7, 2021) (ECF No. 23), and *Montoya v. Google LLC*, No. 1:20-cv-01098-JB-CG (D. N.M. Apr. 7, 2021) (ECF No. 25).

1

        Respectfully submitted,

        /s/ *James P. Pewitt*
        Attorney for Defendants,
        Google, LLC, and
        Google Payment Corp.

James P. Pewitt
JAMES P. PEWITT, LLC
Two North Twentieth
2 20th Street North, Suite 925
Birmingham, Alabama 35203
Office: (205) 874-6686
Cell: (205) 612-1140
jim@jamespewitt.com

Teresa H. Michaud
Bradford K. Newman
Alexander G. Davis
BAKER & MCKENZIE LLP
10250 Constellation Blvd, Suite 1850
Los Angeles, California 90067
teresa.michaud@bakermckenzie.com
bradford.newman@bakermckenzie.com
alexander.davis@bakermckenzie.com

## CERTIFICATE OF SERVICE

    I certify to filing on this date the **SUPPLEMENT TO MOTION TO LIFT STAY** with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all counsel of record.

    This 11th day of April, 2021.

        /s/ *James P. Pewitt*
        James P. Pewitt, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**EDGAR SMITH**, on behalf of
himself and all others similarly
situated,                                                                             **PLAINTIFF**

v.                                                            Civil Action No. 2:20-cv-194-TRM-MTP

**GOOGLE, LLC and GOOGLE
PAYMENT CORP.,**                                                                      **DEFENDANT**

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses this case. Defendant has filed neither an answer nor a motion for summary judgment, so Plaintiff may dismiss without a court order by rule. Costs are to be taxed as paid.

Respectfully submitted this 7th day of April 2021.

/s/ Christopher J. Weldy
Attorney for Plaintiff

**OF COUNSEL:**

Christopher J. Weldy, Esq.
WELDY LAW FIRM, PLLC
1438 North State Street
Jackson, Mississippi 39202
Telephone: 601.624.4850
Facsimile: 866.900.4850
Email: chris@weldylawfirm.com

John E. Norris, Esq.
Dargan M. Ware, Esq.
DAVIS & NORRIS, LLP
2154 Highland Avenue South
Birmingham, Alabama 35205
Telephone: 205.930.9900
Facsimile: 205.930.9989
Email: jnorris@davisnorris.com
Email: dware@davisnorris.com

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on all counsel of record through the CM/ECF electronic filing system of the United States District Court for the Southern District of Mississippi on April 7, 2021.

/s/ Christopher J. Weldy
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO
# ALBUQUERQUE DIVISION

**ERICA MONTOYA, on behalf of
herself and all others similarly
situated,**

    **Plaintiff**

v.     Case No. 1:20-cv-01098-JB-CG

**GOOGLE, LLC and GOOGLE
PAYMENT CORP.,**

    **Defendant.**

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses this case. Defendant has filed neither an answer nor a motion for summary judgment, so Plaintiff may dismiss without a court order by rule. Costs are to be taxed as paid.

Respectfully submitted this 7th day of April 2021,

                                                        /s/    Dargan M. Ware
                                                        Attorney for Plaintiff

**OF COUNSEL:**
John E. Norris
Dargan M. Ware
DAVIS & NORRIS, LLP
2154 Highland Avenue South
Birmingham, Alabama 35205
Telephone: 205.930.9900

Facsimile: 205.930.9989
jnorris@davisnorris.com
dware@davisnorris.com


Joseph P. Kennedy
KENNEDY KENNEDY & IVES
1000 2nd Street, N.W.
Albuquerque, New Mexico 87102
Telephone: 505.244.1400
Facsimile: 505.244.1406
jpk@civilrightslaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on all counsel of record through the CM/ECF electronic filing system of the United States District Court for the District of New Mexico on April 7, 2021.

/s/   Dargan M. Ware
Attorney for Plaintiff